KIM W. WEST, State Bar No. 78553
*kim.west@clydeco.us*
ALEC H. BOYD, State Bar No. 161325
*Alec.boyd@clydeco.us*
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Certain Underwriters at Lloyd's, London

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID SCHNITT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. CV12-04939-FMO (AGRx)<br><br>ORDER ISSUING STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIALITY<br><br>Judge    Hon. Fernando M. Olguin<br><br>Complaint Filed: June 6, 2012<br><br>Trial Date: July 2, 2013 |

The Court has considered the parties' Stipulated Protective Order Governing Confidentiality, which was filed with the Court on February 21, 2013. Finding good cause, the Court hereby issues the parties' requested order granting confidentiality as set forth in the stipulation which is incorporated herein by reference.

IT IS SO ORDERED.

DATED: February 22, 2013

*alicia G. Rosenberg*

Hon. Alicia G. Rosenberg
United States District Judge